United States District Court
Southern District of Texas
**ENTERED**
January 16, 2019
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MANUEL RODRIGUEZ, § <br> § <br> Plaintiff, § <br> VS. § <br> § <br> AMERICAN BANKERS INSURANCE § <br> COMPANY OF FLORIDA, § <br> § <br> Defendant. § | CIVIL NO. 2:18-CV-314 |

# ORDER

On January 15, 2019 the Parties filed a Joint Stipulation of Voluntary Dismissal with Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Dkt. No. 14. The Stipulation is signed by Plaintiff's counsel and by Defendant's counsel. *Id.* A stipulation of dismissal "is effective upon filing and does not require the approval of the court." *SmallBizPros, Inc. v. MacDonald*, 618 F.3d 458, 461 (5th Cir. 2010) (quoting *Ramming v. Nat. Gas Pipeline Co. of Am.*, 390 F.3d 366, 369 n.1 (5th Cir. 2004)).

Because the above-captioned case has been dismissed with prejudice, the Court **VACATES** all settings and deadlines in the above-captioned case and **DIRECTS** the Clerk of the Court to close the case.

SIGNED this 16th day of January 2019.

_____
Hilda Tagle
Senior United States District Judge